UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD TOBIA, | No. 2:16-cv-2467 MCE AC (PS) |
| Plaintiffs, | |
| v. | ORDER |
| H & R FOODS INC., a California Corporation dba CHURCH'S CHICKEN; et al., | |
| Defendants. | |

Plaintiff is proceeding pro per and in forma pauperis. This proceeding was referred to the undersigned by E.D. Cal. R. 302(c)(21).

The Initial Status Conference is scheduled to proceed on May 10, 2017. See ECF No. 5. Plaintiff has not filed a Status Report. The court will exercise its discretion to proceed with the Status Conference based upon the information in defendants' report.

Therefore, IT IS HEREBY ORDERED that:

1. The May 10, 2017 Initial Status Conference is CONFIRMED;

2. Plaintiff is cautioned that he must participate in the conference, and that if he fails to appear, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: May 3, 2017

_(signature)_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE