UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD TOBIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H&R FOODS INC., et al.,<br><br>　　　　Defendants. | No. 16-cv-02467 AC<br><br><br>ORDER |

　　Pursuant to the parties' stipulation of dismissal (ECF No. 20), this case is DISMISSED with prejudice as to all parties, with each party to bear its own fees and costs.

　　IT IS SO ORDERED.

DATED: August 9, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE